1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIC ROUSSEL, an individual | ) CASE NO. 3:12-CV-04057-SC |
|---|---|
| Plaintiff, | ) |
| vs. | ) [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |
| WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. AND F/K/A WACHOVIA MORTGAGE, FSB; NDEX WEST LLC, a Delaware Limited Liability Company; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive, | ) |
| Defendants. | ) |

**ORDER TO SHOW CAUSE**

To Defendants WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. AND F/K/A WACHOVIA MORTGAGE, FSB;

1

[PROPOSED] ORDER

NDEX WEST LLC.; Based upon the verified complaint filed in this action and on the declarations filed herewith, you are ordered to appear on ____ October 10, 2012 ____ at _____ 2:00 / p.m. in Courtroom 6 of this Court located at United States District Court, Northern District of California, County of San Francisco, located at ___ 450 Golden Gate Ave. _____, to show cause why a preliminary injunction should not be ordered to stay the foreclosure sale set for October 1, 2012 at 2:00 p.m., on Plaintiff's residence located at **1344 Clayton Street, San Francisco, CA 94117 (hereinafter "Property")**, and restraining and enjoining you and your employees and agents, or any other persons acting with you or on your behalf from transferring ownership of or further encumbering the subject property.

### INJUNCTIVE RELIEF

Pending hearing on the Order to Show Cause, you, your employees and agents, and any other persons acting with you or on your behalf are ordered to stay the foreclosure sale set for October 1, 2012 on the subject property, and you are further restrained and enjoined from transferring ownership of or further encumbering the property located **1344 Clayton Street, San Francisco, CA 94117.**

### IT IS FURTHER ORDERED

This Order to Show Cause and Injunctive Relief and supporting papers shall be served on Defendants no later than _ 5pm October 2, 2012 _ by personal service/facsimile transmission/overnight mail. Proof of such service shall be filed at least _ 7 _ court days prior to the hearing.

Any opposition papers to the Order to Show Cause shall be filed and served on Plaintiff by personal service/facsimile transmission/overnight mail no later than _ 5pm October 5, 2012

///

///

2

[PROPOSED] ORDER

1  Any reply papers to the opposition shall be filed and served on Defendants by personal
2  service/facsimile transmission/overnight mail no later than __ 12 pm October 8, 2012
3  The restraining order granted herein shall expire on _ October 11, 2012 __.

IT IS SO ORDERED
Judge Charles R. Breyer

Date: September 28, 2012

_____
District Court Judge

[PROPOSED] ORDER