1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
9       NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ERIC ROUSSEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK N.A. A/K/A WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK N.A. AND F/K/A WACHOVIA MORTGAGE, FSB; NDEX WEST LLC, a Delaware Limited Liability Company; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 3:12-CV-04057-CRB<br><br>[The Honorable Charles R. Breyer<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

The Court, having reviewed the Stipulation To Extend Briefing Schedule and Continue Hearing on Order to Show Cause Re: Preliminary Injunction and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION hereby orders:

/ / /

/ / /

/ / /

/ / /

1  The hearing on the order to show cause re: preliminary injunction be continued to
2  October 17, 2012 at 3p.m., with the opposition due on October 10, 2012 by 5:00 p.m. and the
3  reply, if any, due on October 12, 2012.
4  **IT IS SO ORDERED.**
5  Dated:   October 5, 2012



HONORABLE CHARLES R. BREYER
DISTRICT JUDGE

93000/FR0491/00502162-1

2

CASE NO.:  3:12-CV-04057-CRB
ORDER GRANTING STIPULATION TO CONTINUE
HEARING ON OSC RE: PRELIM. INJ.

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

| *Counsel for Plaintiff:* | *Counsel for Defendant NDeX West, LLC:* |
|---|---|
| September J. Katjie, Esq.<br>Consumer Litigation Law Center, APC<br>100 N. Barranca, Suite 700<br>West Covina, CA 91791<br>Tel: 800.787.5616; Fax: 888.909.7647<br>sk@consumerlitigationlawcenter.com | Edward A. Treder, Esq.<br>BARRETT DAFFIN FRAPPIER<br>TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>Tel: 626.915.5714; Fax: 909.595.7640<br>edwardt@bdfgroup.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on October 5, 2012.

| Carol Goodwin | */s/ Carol Goodwin* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |