# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROUSSEL, an individual | Case No.: 3:12-CV-04057-CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES TO RESPOND** |
| v. | |
| WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. AND F/K/A WACHOVIA MORTGAGE, FSB; NDEX WEST LLC, a Delaware Limited Liability Company; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive, | |
| Defendants. | |

///

///

///

///

///

FOR GOOD CAUSE SHOWN, the Stipulation by and between the parties, through their respective counsel is GRANTED.

Plaintiff shall file his Response to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint on or before December 21, 2012, and Defendant shall file its Reply thereto on or before January 2, ~~2012~~. 2013.

Defendant shall file its Response to Plaintiff's Motion for Preliminary Injunction on or before December 18, 2012, and Plaintiffs shall file his reply thereto on or before January 2, ~~2012~~. 2013.

IT IS SO ORDERED.

Dated: December __19__, 2012

By: _____
Hon. Charles R. Breyer
United States District Court Judge

