UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROUSSEL, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK, N.A., A/K/A ) <br> WACHOVIA MORTGAGE, A DIVISION ) <br> OF WELLS FARGO BANK, N.A. AND ) <br> F/K/A WACHOVIA MORTGAGE, FSB; ) <br> NDEX WEST LLC, a Delaware Limited ) <br> Liability Company; and all persons or entities ) <br> unknown claiming any legal or equitable ) <br> right, title, estate, lien or interest in the ) <br> property described in this Complaint adverse ) <br> to Plaintiff's title thereto, and DOES 1 ) <br> through 25, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 3:12-CV-04057-CRB <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES TO RESPOND** |

///

///

///

///

///

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES TO RESPOND**

1  FOR GOOD CAUSE SHOWN, the Stipulation by and between the parties, through
2  their respective counsel is GRANTED.
3  Plaintiff shall file his Response to Defendant's Motion to Dismiss Plaintiff's Second
4  Amended Complaint on or before December 21, 2012, and Defendant shall file its Reply
5  thereto on or before January 2, ~~2012~~. 2013.
6  Defendant shall file its Response to Plaintiff's Motion for Preliminary Injunction on
7  or before December 18, 2012, and Plaintiffs shall file his reply thereto on or before January
8  2, ~~2012~~. 2013.
9  IT IS SO ORDERED.

Dated: December ___19___, 2012



By: _____
Hon. Charles R. Breyer
United States District Court Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES TO RESPOND