# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROUSSEL, an individual | ) Case No.: 3:12-CV-04057-CRB |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, MEDIATION HEARING AND MEDIATION DEADLINE** |
| v. | ) |
| WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. AND F/K/A WACHOVIA MORTGAGE, FSB; NDEX WEST LLC, a Delaware Limited Liability Company; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive, | ) |
| Defendants. | ) |

/ / /

/ / /

/ / /

/ / /

1  FOR GOOD CAUSE SHOWN, the Joint Stipulation by and between the
2  Parties to Continue the Case Management Conference, Mediation Hearing and
3  Mediation Deadline is hereby, GRANTED.
4
5  The Case Management Conference shall be continued to  July 12, 2013
6  The Mediation Hearing shall be continued to   June 28, 2013
7  The Mediation Deadline shall be continued  for thirty (30) days.
8
9  IT IS SO ORDERED.
10
11
12  Dated: May 20, 2013           By: _____
13                                    HON. CHARLES R. BREYER
14                                    U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, MEDIATION HEARING AND MEDIATION DEADLINE**